USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 9/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

LIBRADO JUAREZ

Plaintiff(s),

-against-

LA CASA DE LOS TACOS

Defendant(s).

---x

08 Civ. 6190 (PKC)

ORDER

P. KEVIN CASTEL, District Judge:

As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. ~~By ________ 200_, the plaintiff(s) defendant(s) parties~~

~~shall~~ Defendant was not present at the conference despite assertedly having been served by plaintiff's counsel. Plaintiff's counsel was present.

2. ~~By ________ 200_, the~~ plaintiff ~~defendant(s) parties~~

shall review the manner of service. Plaintiff shall reserve process if necessary to comply with Rule 4. It is not clear whether defendant is, in fact, a corporation.

3.

4.

5.

6. The next conference in this matter will be held on November 7, 2008 at 9:45 am.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 5, 2008